IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BOBBY KENNETH WILLIAMSON**, *et al.* | : | |
| | : | CIVIL ACTION NO. 1:23-CV-1781 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **JOHN E. WETZEL**, *et al.* | : | |
| Defendants | : | |

### ORDER

AND NOW, this 20th day of May, 2024, upon review of the complaint pursuant to 28 U.S.C. § 1915(e)(2) and 28 U.S.C. § 1915A, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Plaintiffs' request for class certification is DENIED.

2. Plaintiffs' complaint (Doc. 1) is DISMISSED without prejudice.

3. Plaintiffs may file an amended complaint on or before **June 20, 2024** to cure the deficiencies identified in the court's memorandum opinion. Any amended complaint filed pursuant to this order shall be filed to the same docket number as the instant action, shall be entitled "Amended Complaint," and shall be complete in all respects. It shall be a new pleading that stands by itself as an adequate complaint under the Federal Rules of Civil Procedure. It shall additionally be limited to plaintiffs' individual claims and not claims on behalf of a putative class of other inmates.

4. If plaintiffs do not file an amended complaint by the above date, this case shall be dismissed without further leave to amend for the reasons stated in the accompanying memorandum.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania